UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ELSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-CV-19 RLW |
| | ) | |
| CARRI COLLINS, LISA POGUE, UNKNOWN POLLARD, UNKNOWN ZUKERINI, UNKNOWN CAPTAIN, and DR. RUANNE STAMPS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants Carri Collins, Lisa Pogue, Unknown Captain, and Dr. Ruanne Stamps are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that plaintiff's claims brought under the Missouri Human Rights Act are **DISMISSED without prejudice**.

Dated this 19th day of July, 2018.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE