UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JAMES ELSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-CV-19-RLW |
| ) | |
| CARRI COLLINS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second motion for appointment of counsel. As the Court noted in its initial Memorandum and Order dated July 19, 2018, there is no constitutional or statutory right to appointed counsel in civil cases. *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984). The Court has again considered the factors outlined in *Nelson*, and concludes that plaintiff has demonstrated, at this point, that he can adequately present his claims to the Court.

The Court will continue to entertain motions for appointment of counsel as the case progresses.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel is **DENIED** without prejudice. [ECF No. 16]

Dated this 29th day of August, 2018.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE