9-18-18

RECEIVED
SEP 21 2018
BY MAIL

ClerK of the Court,

IN Regards to Case No. 2:18-CV-19-RlW,
I ask for a time extension to be
able to learn how to file motions
and put together my case because I
have no legal expertise and except for
the person who helped me file this case,
everyone else is trying to charge
me money that I don't have to
put my case together.

Respectfully submitted
James Elson #1277919
#1277919