9-18-18

RECEIVED
SEP 21 2018
BY MAIL

United States District Court,

On 9-18-18, After having issues with the officers about my medical lay-in ever since being transferred onto Tipton Correctional Center on 8-2-18, I am giving you another declaratory statement.

On 9-18-18 the inmates were called to Breakfast for 17 house, I got my tray and sat down. I looked at the clock which read six minutes to six A.M. At six fifteen the chow hall was empty except for me and the officer. said I'm waiting on you, That means once again, I was deprived of my allotted time to eat, which is 30 minutes because of my medical disability.

Sincerely
James Elston #1277919
James Elston #1277919

James Elston #1277919 - 17-house-B-83
Tipton Correctional Center
619 N. Osage Ave.
Tipton, MO 65081

MAILED FROM
TIPTON
CORRECTIONAL CENTER

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

MID-MISSOURI MO 652
COLUMBIA MO
19 SEP 2018 PM 1 L



RECEIVED
SEP 21 2018
BY MAIL

Legal Mail

Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

631028|128